```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 04858
   DIANE GERALDINE ROBERTS
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-0565


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/29/08 .

   2.  Case reassigned to Marilyn Marshall, Trustee, 03/18/2008.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------

        Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00          .00
PRINCIPAL PAID          .00          .00          .00          .00          .00
INTEREST PAID           .00          .00          .00          .00          .00
TOTAL PAID              .00          .00          .00          .00          .00
The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




   Dated: 06/26/08              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE
```

PAGE 2
CASE NO. 08 B 04858 DIANE GERALDINE ROBERTS