IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Roberts, Diane G | Case Number:  08 B 04858 |
| | Judge:  Squires, John H |
| Printed:  7/22/08 | Filed:  3/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: June 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 500.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 467.50 |
| Trustee Fee: | | 32.50 |
| Other Funds: | | 0.00 |
| Totals: | 500.00 | 500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 3,200.00 | 467.50 |
| 2. | Target National Bank | Unsecured | 148.69 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 300.79 | 0.00 |
| 4. | Capital One | Unsecured | 1,007.69 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 909.90 | 0.00 |
| 6. | Capital One | Unsecured | 451.14 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 249.76 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,353.33 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 830.57 | 0.00 |
| 10. | Beck Houlihan & Scott | Unsecured | 236.69 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 146.39 | 0.00 |
| 12. | Banco Popular | Unsecured | | No Claim Filed |
| 13. | Dan Roberts | Unsecured | | No Claim Filed |
| 14. | DuPage County Collector | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | U S Cellular | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,834.95 | $ 467.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 32.50 |
| | _____ |
| | $ 32.50 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Roberts, Diane G

Printed:  7/22/08

Case Number:  08 B 04858
Judge:  Squires, John H
Filed:  3/18/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

